**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MERCEDES QUESADA,**

      **Plaintiff,**

**v.**                                           **Case No: 6:23-cv-1809-PGB-LHP**

**BETTER EARTH, INC. and**
**BETTER EARTH ELECTRIC FL,**
**LLC,**

      **Defendants.**

---

**NOTICE AND ORDER TO REGISTER FOR COURT'S CASE MANAGEMENT AND ELECTRONIC CASE FILING PROGRAM**

On Monday, July 12, 2004, the United States District Court for the Middle District of Florida converted to a paperless electronic filing system: CM/ECF (Case Management and Electronic Case Filing). Extensive notice of this conversion was provided through the Court's web-page, announcements, and numerous mailings.

Upon review of this case, it appears that attorney **James J. Rosemergy** is not registered to participate in the Case Management and Electronic Case Filing ("CM/ECF") program of the Court.

Henceforth, all attorneys appearing in a case assigned to the undersigned Judge shall participate and docket in CM/ECF within **30 days** of entry of an appearance in such case.

Counsel is directed to the website located at **www.flmd.uscourts.gov** under "CM/ECF" where a password may be requested from the Court. Counsel must take the Tutorials offered on the website before using the CM/ECF system.

Therefore, James J. Rosemergy shall register to participate, as well as docket, in CM/ECF within thirty (30) days from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on this 4th day of December, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record