UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MERCEDES QUESADA,

Plaintiff,

v. Case No: 6:23-cv-1809-JSS-LHP

BETTER EARTH, INC. and BETTER EARTH ELECTRIC FL, LLC,

Defendants.
___________________________________/

**ORDER**

On September 5, 2024, Plaintiff filed a Response to Order to Show Cause of August 22, 2024 and Consent to Dismissal. (Response, Dkt. 55.) In her Response, Plaintiff "consent[ed] to dismissal without prejudice for lack of subject matter jurisdiction." (Dkt. 55 at 2.) The court therefore construes Plaintiff's Response as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Upon review of the docket, Defendant has not filed an answer or motion for summary judgment in this matter. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *PTA-FLA, Inc. v. ZTE USA, Inc.*, 844 F.3d 1299, 1307 (11th Cir. 2016) ("According to the plain text of Rule 41(a)(1)(A)(i), only the filing of an answer or a motion for summary judgment terminates a plaintiff's ability to voluntarily dismiss its claim without a court order."). Accordingly, this action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**ORDERED** in Orlando, Florida, on September 9, 2024.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record